ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEAVEN HAILEY AVILA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:26-cv-04880-GSA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file a transcript in response to Plaintiff's Complaint in this case due to a delay caused by a processing error. This request is made in good faith and is not intended to delay this matter.

WHEREFORE, Defendant requests up to and including January 7, 2027, to file a transcript in response to Plaintiff's Complaint.

Respectfully submitted,

Date: November 3, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
By: *s/ Erin A. Jurrens*

ERIN A. JURRENS
Special Assistant United States Attorney
Attorneys for Defendant

Dated: November 3, 2026

/s/ *Jonathan Pena**
*as authorized by e-mail
JONATHAN PENA
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: **November 3, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE